# UNITED STATES DISTRICT COURT
for the

Middle District of Louisiana

| | |
|---|---|
| United States of America<br>v.<br>Rochester D. Rogers | )<br>)<br>) Case No: 06-17-BAJ-DLD<br>) USM No: 04501-095<br>) |
| Date of Original Judgment: 10/18/2007<br>Date of Previous Amended Judgment: 08/31/2009<br>*(Use Date of Last Amended Judgment if Any)* | )<br>) Rebecca Hudsmith<br>*Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☑ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
    ☑ **DENIED.**  ☐ **GRANTED** and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 08/31/2009 shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 05/31/2012

*Judge's signature*

Effective Date: _____
*(if different from order date)*

Chief Judge Brian A. Jackson
*Printed name and title*

USAtty